**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL NO.: 2873 <br><br> Master Docket No.: 2:18-mn-2873 <br><br> **This Document Relates to** <br> *Miller's Mobile Home Park v. 3M Company et al*, 2:22-cv-01186-RMG <br><br> *Maple Grove Mobile Home Park v. 3M Company et al*, 2:22-cv-01187-RMG <br><br> *The Randolph School, Inc. v. 3M Company et al*, 2:22-cv-01289-RMG <br><br> *Golden and Golden Building Company, Inc. v. 3M Company et al*, 2:22-cv-01290-RMG |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiffs Miller's Mobile Home Park, Maple Grove Mobile Home Park, The Randolph School, Inc., and Golden and Golden Building Company, Inc. (collectively "Plaintiffs") initiated the above-captioned actions by filing a Complaint against Defendants 3M Company, AGC Chemicals Americas Inc., Amerex Corporation, Archroma U.S. Inc., Arkema, Inc., BASF Corporation, Buckeye Fire Equipment Company, Carrier Global Corporation, ChemDesign Products Inc., Chemicals, Inc., Clariant Corporation, Corteva, Inc., DeepWater Chemicals, Inc., DuPont de Nemours, Inc., Dynax Corporation, E.I. DuPont de Nemours and Company, Kidde-Fenwal, Inc., Nation Ford Chemical Company, National Foam, Inc., The Chemours Company, The Chemours Company FC, LLC, and Doe Defendants 1-20, fictitious names whose present identities are unknown (collectively, "Defendants"). Defendants have not answered, moved, or otherwise responded to those Complaints.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the above-captioned actions against Defendants *without prejudice* and without cost to the parties as against each other.

Dated: April 29, 2020

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Andrew W. Croner*
Andrew Croner, Esq.
Patrick Lanciotti, Esq.
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
acroner@napolilaw.com
planciotti@napolilaw.com

Paul J. Napoli, Esq.
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
(833) 271-4502
pnapoli@nsprlaw.com

*Attorneys for Plaintiffs Miller's Mobile Home Park, Maple Grove Mobile Home Park, The Randolph School, Inc., and Golden and Golden Building Company, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

                                         */s/ Andrew W. Croner*
                                         Andrew W. Croner, Esq.
                                         **NAPOLI SHKOLNIK**
                                         360 Lexington Avenue, 11th Floor
                                         New York, New York 10017
                                         (212) 397-1000
                                         acroner@napolilaw.com